JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS

DEC 19 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL WILLIAM LUMA, <br><br> Defendant. | Case No. CR 23 0341-N AKB <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 922(g)(1) <br> 18 U.S.C. § 924(d) <br> 28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Unlawful Possession of Firearms**
**18 U.S.C. § 922(g)(1)**

On or about November 20, 2023, in the District of Idaho, the Defendant, MICHAEL WILLIAM LUMA, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit; Aggravated Assault in the District Court of

**INDICTMENT** - 1

the First Judicial District of the State of Idaho, Kootenai County in case number CR-2003-4564, the Defendant did knowingly possess in and affecting commerce, firearms, to wit:

a. DPMS A-15 .223 caliber rifle bearing serial number FH142258;

b. Ruger 10/22 .22 caliber rifle bearing serial number 357-48689;

c. Savage Axis .223 caliber rifle bearing serial number H458716;

d. Marlin Model 60 .22 caliber rifle bearing serial number 26296040;

e. Remington 11-47 12 gauge shotgun bearing serial number 5107210;

f. Smith & Wesson M&P 5.7 5.7 caliber handgun bearing serial number PJN5586;

g. Sig Sauer P220 .45 caliber handgun bearing serial number G151492;

h. Canik TP-9 Elite SC 9mm caliber handgun bearing serial number 21CB59541;

i. Walther P22 .22 caliber handgun bearing serial number Z052444;

j. Walther PPS 9mm caliber handgun bearing serial number AP0652;

k. Harrington and Richardson model The American .38 caliber handgun bearing serial number 42572;

said firearms having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION(S)
### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Count One of this Indictment, the Defendant, MICHAEL WILLIAM LUMA, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

**INDICTMENT - 2**

1. <u>Seized Property.</u>

    i. DPMS A-15 .223 caliber rifle bearing serial number FH142258;

    ii. Ruger 10/22 .22 caliber rifle bearing serial number 357-48689;

    iii. Savage Axis .223 caliber rifle bearing serial number H458716;

    iv. Marlin Model 60 .22 caliber rifle bearing serial number 26296040;

    v. Remington 11-47 12 gauge shotgun bearing serial number 5107210;

    vi. Smith & Wesson M&P 5.7 5.7 caliber handgun bearing serial number PJN5586;

    vii. Sig Sauer P220 .45 caliber handgun bearing serial number G151492;

    viii. Canik TP-9 Elite SC 9mm caliber handgun bearing serial number 21CB59541;

    ix. Walther P22 .22 caliber handgun bearing serial number Z052444;

    x. Walther PPS 9mm caliber handgun bearing serial number AP0652;

    xi. Associated ammunitions

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the Defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

**INDICTMENT - 3**

Dated this 19th day of December, 2023.

                                      A TRUE BILL

                                      */s/ [signature on reverse]*
                                      _____
                                      FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
TRACI J. WHELAN
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 4