JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
ADAM M. JOHNSON, IDAHO STATE BAR NO. 11805
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE:  (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>MICHAEL WILLIAM LUMA,<br><br>    Defendant. | Case No. 2:23-cr-00341-AKB<br><br>**MOTION FOR DETENTION** |

  Pursuant to 18 U.S.C. § 3142(e) and (f), the United States requests Defendant's detention pending trial.

  A detention hearing is authorized to determine whether any condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community because this case involves a circumstance outlined in 18 U.S.C. § 3142(f)(1).  **Specifically, Defendant is charged with a felony that is not a crime of violence, but that involves possession or use of firearms.**

MOTION FOR DETENTION - 1

The Government alleges that, based on the following factors to be considered by the Court set out in 18 U.S.C. § 3142(g), there are no conditions of release that will reasonably assure the appearance of Defendant as required and / or the safety of any other person and the community:

1. The nature and circumstances of the offense charged, including that the offense involves firearms;

2. The weight of the evidence against Defendant;

3. The history and characteristics of Defendant, including:

    a. Defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

    b. whether, at the time of the current offense or arrest, Defendant was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under federal, state or local law; and

4. The nature and seriousness of the danger to any person or the community that would be posed by Defendant's release.

The investigation in this case began when multiple neighbors reported hearing gunshots coming from Defendant's residence in the middle of the night. One neighbor reported this occurring on multiple occasions. Defendant is a prohibited possessor for, among other reasons, a felony conviction for Aggravated Assault in 2003.

Following additional investigation, law enforcement secured a search warrant and searched the home. In the home, they found the firearms listed in the indictment, more than 1,000 rounds of ammunition, a drill press, a 3D printer containing a handgun lower, and several "ghost guns."

MOTION FOR DETENTION - 2

They also located multiple possible machine guns and silencers. The lab results for those items—which were still pending at the time of this indictment—recently came back and confirmed that the items were indeed machine guns and silencers.

Law enforcement arrested Defendant on the scene. Following Miranda, he stated in substance that there were guns inside the residence, but some of them belonged to a past tenant. While in the back of a patrol vehicle, Defendant attempted to take off his pants. Law enforcement then searched Defendant and found a small baggie of alleged methamphetamine, 11 alleged fentanyl pills, and a meth pipe. During the booking process, Defendant said in substance that he was an active Sureño gang member and that two of his uncles were in the Mexican mafia.

For these reasons, the Government requests that Defendant be detained pending trial in this case.

Respectfully submitted this 2nd day of January, 2024.

        JOSHUA D. HURWIT
        UNITED STATES ATTORNEY
        By:

        *s/ Adam M. Johnson*
        ADAM M. JOHNSON
        Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2024, the foregoing **MOTION FOR DETENTION** was electronically filed with the Clerk of the Court using the CM / ECF system, and that a copy was served on the following parties or counsel by:

| North Federal Defender | ECF Filing |
|---|---|

*s/ Carin Crimp*
Legal Assistant

MOTION FOR DETENTION - 4