JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
ADAM M. JOHNSON, IDAHO STATE BAR NO. 11805
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS

JAN 17 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WILLIAM LUMA,<br><br>Defendant. | Case No. 2:23-cr-00341-AKB<br><br>**SUPERSEDING INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o)(1)<br>18 U.S.C. § 924(d)<br>26 U.S.C. §§ 5841, 5861(d), and 5871<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

## COUNT ONE
**Unlawful Possession of Firearms**
**18 U.S.C. § 922(g)(1)**

On or about November 20, 2023, in the District of Idaho, Defendant, MICHAEL WILLIAM LUMA, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Aggravated Assault in the District Court of

**SUPERSEDING INDICTMENT** - 1

the First Judicial District of the State of Idaho, Kootenai County, in case number CR-2003-4564, did knowingly possess in and affecting commerce, firearms, to wit:

1. DPMS A-15 .223 caliber rifle bearing serial number FH142258;

2. Ruger 10/22 .22 caliber rifle bearing serial number 357-48689;

3. Savage Axis .223 caliber rifle bearing serial number H458716;

4. Marlin Model 60 .22 caliber rifle bearing serial number 26296040;

5. Remington 11-47 12 gauge shotgun bearing serial number 5107210;

6. Smith & Wesson M&P 5.7 5.7 caliber handgun bearing serial number PJN5586;

7. Sig Sauer P220 .45 caliber handgun bearing serial number G151492;

8. Canik TP-9 Elite SC 9mm caliber handgun bearing serial number 21CB59541;

9. Walther P22 .22 caliber handgun bearing serial number Z052444;

10. Walther PPS 9mm caliber handgun bearing serial number AP0652;

11. Harrington and Richardson model The American .38 caliber handgun bearing serial number 42572;

said firearms having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
**Unlawful Possession of Machine Guns**
**18 U.S.C. § 922(o)(1)**

On or about November 20, 2023, in the District of Idaho, Defendant, MICHAEL WILLIAM LUMA, did knowingly possess machineguns, to wit:

1. A tan 5.56 NATO caliber M16-type firearm bearing no serial number and utilizing a machinegun receiver of unknown origin;

**SUPERSEDING INDICTMENT - 2**

2. A black 5.56 NATO caliber M16-type firearm bearing no serial number and utilizing a machinegun receiver of unknown origin;

3. A M16-type firearm bearing no serial number, utilizing a machinegun receiver of unknown origin, and incorporating a rifle style receiver extension with adjustable stock, and pistol grip,

in violation of Title 18, United States Code, Section 922(o)(1).

## COUNT THREE
### Possession of Unregistered Firearms
### 26 U.S.C. §§ 5841, 5861(d), and 5871

On or about November 20, 2023, in the District of Idaho, Defendant, MICHAEL WILLIAM LUMA, did knowingly possess firearms, to wit:

1. Three machineguns as defined in 26 U.S.C. § 5845(b), specifically:

    a. A tan 5.56 NATO caliber M16-type firearm bearing no serial number and utilizing a machinegun receiver of unknown origin;

    b. A black 5.56 NATO caliber M16-type firearm bearing no serial number and utilizing a machinegun receiver of unknown origin;

    c. An M16-type firearm bearing no serial number, utilizing a machinegun receiver of unknown origin, and incorporating a rifle style receiver extension with adjustable stock, and pistol grip;

2. Two silencers as defined in 18 U.S.C. § 921, specifically:

    a. A cylindrical firearm silencer measuring approximately 7 inches long;

    b. A cylindrical firearm silencer measuring approximately 9 inches long,

not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**SUPERSEDING INDICTMENT - 3**

## CRIMINAL FORFEITURE ALLEGATION
### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts One through Three of this Indictment, Defendant, MICHAEL WILLIAM LUMA, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1.  <u>Seized Property.</u>

    i.   DPMS A-15 .223 caliber rifle bearing serial number FH142258;

    ii.  Ruger 10/22 .22 caliber rifle bearing serial number 357-48689;

    iii. Savage Axis .223 caliber rifle bearing serial number H458716;

    iv.  Marlin Model 60 .22 caliber rifle bearing serial number 26296040;

    v.   Remington 11-47 12 gauge shotgun bearing serial number 5107210;

    vi.  Smith & Wesson M&P 5.7 5.7 caliber handgun bearing serial number PJN5586;

    vii. Sig Sauer P220 .45 caliber handgun bearing serial number G151492;

    viii. Canik TP-9 Elite SC 9mm caliber handgun bearing serial number 21CB59541;

    ix.  Walther P22 .22 caliber handgun bearing serial number Z052444;

    x.   Walther PPS 9mm caliber handgun bearing serial number AP0652;

    xi.  Harrington and Richardson model The American .38 caliber handgun bearing serial number 42572;

    xii. A tan 5.56 NATO caliber M16-type firearm bearing no serial number and utilizing a machinegun receiver of unknown origin;

    xiii. A black 5.56 NATO caliber M16-type firearm bearing no serial number and utilizing a machinegun receiver of unknown origin;

**SUPERSEDING INDICTMENT - 4**

    xiv. A M16-type firearm bearing no serial number, utilizing a machinegun receiver of unknown origin, and incorporating a rifle style receiver extension with adjustable stock, and pistol grip;

    xv. A cylindrical firearm silencer measuring approximately 7 inches long;

    xvi. A cylindrical firearm silencer measuring approximately 9 inches long;

    xvii. Associated ammunition.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, or "any other property of the defendant," up to the value of Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 17th day of January, 2024.

A TRUE BILL

*/s/ [signature on reverse]*

_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
ADAM M. JOHNSON
ASSISTANT UNITED STATES ATTORNEY

**SUPERSEDING INDICTMENT - 5**